Certificate Number: 15111-ILN-DE-024382642

Bankruptcy Case Number: 14-00150



15111-ILN-DE-024382642

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2014, at 6:48 o'clock PM EDT, Renata Ciszek completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   October 18, 2014            By:   /s/Ryan McDonough

                                    Name:  Ryan McDonough

                                    Title:  Executive Director of Education